# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE INTEREST OF: M.C., A MINOR    :   No. 62 WM 2020

  :

  :

PETITION OF: J.K.    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2020, the "Petition Seeking Permission to Appeal *Nunc Pro Tunc*," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED. The Motion to Dismiss is DISMISSED AS MOOT.